IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| JULIE A. SU,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT<br>OF LABOR,<br>　　　　　　　　　*Plaintiff,*<br>　　v.<br><br>MISSOURI VEGETABLE FARM, LLC, and<br>BENJY PROFFER and ROBERT PROFFER,<br>individually,<br><br>　　　　　　　　　*Defendants.* | Civil Action No. 4:24-cv-21<br><br>COMPLAINT |

## COMPLAINT

Pursuant to Section 217 of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 201, *et seq*. ("FLSA" or the "Act"), Plaintiff, Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Acting Secretary"), brings this action to enjoin and restrain Defendants Missouri Vegetable Farm, LLC, Benjy Proffer, and Robert Proffer (collectively, "Defendants") from violating Sections 207, 211, and 215(a)(2) of the Act and to recover unpaid compensation, plus an equal amount in liquidated damages pursuant to Section 216(c), for Defendants' employees.

The Acting Secretary, through the Wage and Hour Division, conducted an investigation of Defendants for compliance with the FLSA. The Acting Secretary's investigation reviewed Defendants' employment and pay practices from May 1, 2021, through December 15, 2021 ("Investigation Period"). Unless stated otherwise, all allegations and conditions described herein pertain to the Investigation Period.

1

**JURISDICTION AND VENUE**

1.      Jurisdiction of this action is conferred upon the Court by Sections 216(c) and 217 of the Act, 29 U.S.C. §§ 216(c), 217, as well as by 28 U.S.C. §§ 1331 and 1345.

2.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to these claims occurred within this District.

3.      Pursuant to Eastern District of Missouri Local Rule 2.07(A)(1), because a substantial part of the underlying events herein occurred within Saint Francois county, the appropriate civil divisional venue is the Eastern Division in Federal Court in Saint Louis, Missouri.

**DEFENDANTS**

4.      Defendant Missouri Vegetable Farms, LLC ("Missouri Vegetable") is a Missouri limited liability company within this Court's jurisdiction, with its headquarters and principal place of business located at 920 5th Street, Park Hills, Missouri 63640.

5.      Missouri Vegetable is an agricultural entity with farms located in both Missouri and Arkansas, with an aggregate interest in approximately 450 acres of farmland.

6.      Missouri Vegetable employed employees who packaged fruits and vegetables from all over the world, including a majority from other unrelated agricultural entities and farms.

7.      Defendants Benjy Proffer and Robert Proffer have actively managed and supervised Missouri Vegetable's operations and employees, from February 2011 through the present. Specifically, the Proffers have hired and fired employees and decided where, how long, and for what rates employees worked for Missouri Vegetable.

8.      The Proffers have acted directly or indirectly in Missouri Vegetable's interests with respect to its employees and are therefore "employers" under the FLSA. 29 U.S.C. § 203(d).

9.      During that time, Defendants engaged in business in Saint Francois county, within this Court's jurisdiction.

### THE FLSA APPLIES TO DEFENDANTS

10.      Missouri Vegetable is an "enterprise" under the FLSA due to its related activities performed through unified operation or common control and for a common business purpose. 29 U.S.C. § 203(r).

11.       Missouri Vegetable is an "enterprise engaged in commerce" under the FLSA, because it had both: (i) more than two (2) employees who engaged in, or produced goods for, commerce; and (ii) an annual dollar volume greater than $500,000 for year 2020. 29 U.S.C. § 215(a)(2).

### DEFENDANTS' FLSA VIOLATIONS

12.      Defendants repeatedly violated Sections 207 and 215(a)(2) of the FLSA when they failed to pay their employees one-and-one-half times their regular rate for hours worked in excess of 40 in a workweek. Specifically, Defendants violated Section 207 of the FLSA when they paid workers, in cash, via separate checks for the farm and packing plant, for all hours, including those worked in excess of 40 in any given workweek, at an hourly rate less than their straight time rate. § 207(a)(1); § 215(a)(2).

13.      Defendants violated Section 207 of the FLSA when they paid workers, in cash, for hours worked in excess of 40 in any given workweek, at an hourly rate less than their straight time rate.

14.      Sections 211 and 215 of the FLSA require employers to make, keep, and preserve adequate and accurate records under 29 C.F.R. Part 516. *See* § 211(c); § 215(a)(5).

15. Defendants violated Sections 211 and 215 of the FLSA by failing to make, keep, and preserve adequate and accurate time records regarding their employees. Specifically, when they withheld and refused to produce time records, upon request.

### REMEDIES SOUGHT

16. As a result of their FLSA violations, Defendants owe the employees listed in **Exhibit A** back wages and liquidated damages, under 29 U.S.C. §§ 216(c), 217. If Defendants continued to violate the FLSA after the Investigation Period, then Defendants may owe additional back wages and liquidated damages to employees.

17. Defendants may also owe additional back wages and liquidated damages, during the Investigation Period, to their employees who identities the Secretary does not currently know.

18. As a result of their FLSA violations, Defendants have unlawfully withheld unpaid compensation from their employees.

### PRAYER FOR RELIEF

As a result of Defendants' FLSA violations, the Secretary respectfully requests this Court enter an Order:

a. Permanently enjoining and restraining Defendants from continuing to withhold employees' unpaid overtime compensation, which the Courts find due under the FLSA. 29 U.S.C. § 217(a);

b. Permanently enjoining and restraining Defendants from violating Section 207, 211, and 215 of the FLSA. 29 U.S.C. § 217(a);

c. Finding Defendants liable for unpaid overtime wages, plus equal amounts in liquidated damages, owing to Defendants' employees listed in **Exhibit A** for the Investigation

Period, as well as to other of Defendants' employees not yet known to the Secretary 29 U.S.C. § 216(c);

        d.      Pursuant to Section 216(c) of the Act, finding Defendants liable for unpaid overtime wages, plus liquidated damages, owing to Defendants' employees listed in **Exhibit A** for violations occurring after the Investigation Period, as well as to other of Defendants' employees who may be presently unknown to the Secretary and who are owed unpaid wages for the Investigation Period and violations occurring thereafter;

        e.      If the Court declines to award liquidated damages, then enjoining and restraining Defendants, their officers, agents, employees, and those persons in active concert or participation with Defendants, from withholding all wages found owing to Defendants' employees, plus prejudgment interest computed at the underpayment rate established by the Secretary of the Treasury pursuant to 26 U.S.C. § 6621;

        f.      Finding Defendants violated Sections 207, 211, and 215 of the FLSA under 29 U.S.C. § 255(a);

        g.      Providing such other relief as this Court deems just and appropriate; and

        h.      Awarding costs.

Dated: January 4, 2024

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**EVERT H. VANWIJK**
Associate Regional Solicitor

_/s/ Boyce N. Richardson_____
**BOYCE N. RICHARDSON**
Trial Attorney (Mo. Bar No. 62509)

OFFICE OF THE SOLICITOR
U.S. DEPARTMENT OF LABOR
2300 Main Street | Suite 10100
Kansas City, MO 64108
(816) 285-7270 (Direct)
(816) 285-7287 (Fax)
_Richardson.Boyce.N@dol.gov_

***Attorneys for the Plaintiff Julie A Su,***
***Acting Secretary of Labor,***
***United States Department of Labor***

**EXHIBIT A**

| | | |
|---|---|---|
| Abney, Shane A. | Gonzalez Angel, Reyes | Price, Randell G. |
| Abney, Jr., Harold W. | Gonzalez Torres, Israel | Proffer, Evan C. |
| Acton, Dylan D. | Graves, Devlin R. | Ramirez Garcia, Ivan Deivi |
| Aguilar Flores, Francisco | Guerrero Baena, Rolando | Ramirez Hernandez, Asael |
| Aldridge, Samuel A. | Gutierrez Medrano, Miguel | Rennick, Steven T. |
| Allen, Benjamin L. | Hansen, Peter C. | Renteria, Mauricio Diaz |
| Alvarez Tovar, Gustavo | Hasty, Derek L. | Reyes Lopez, Domingo |
| Angel Espinosa, Jorge | Hedrick, Ethan E. | Reynaga Zepeda, Mauro |
| Aranda Sanchez, Alejandro | Henderson, April N. | Reynolds, Thomas C. |
| Aranda Sanchez, Joel | Hente, Kaleb D. | Rickel, Matthew M. |
| Aranda Sanchez, Juan Carlos | Hernandez Ambriz, Edwin | Rios Castro, Esteban |
| Arriaga Pachicano, Francisco | Hernandez Cuevas, Israel | Rivera Barron, Mario |
| Avila Hernandez, Carlos | Hernandez Gonzales, Miguel | Roberts, Bradley W. |
| Aviles Rubio, Jose | Hernandez Hernandez, Sixto | Rodriguez Bolanos, Chris |
| Baez Garcia, Juan Carlos | Hernandez Valadez, Jose | Rodriguez Bolanos, Jose |
| Bailon Arellano, Isidro | Hochstatter, Barbara F. | Rodriguez Colchado, Daniel |
| Baki, Louis S. | Holstein, Joseph T. | Rodriguez Martinez, J.G. |
| Barrett, Jr., Kenneth R. | House, William D. | Rodriguez Mendoza, Manuel |
| Barcha, Christopher N. | Ibarra Chavez, Victor Manuel | Rodriguez Rangel, Francisco |
| Baylon Arellano, Manuel | Ibarra Sigala, Christian | Rodrigeuz Rodriguez, Daniel |
| Baylon Zarate, Jesus | Janssen, Robert E. | Rogers, Jeffrey A. |
| Beadle, Timothy F. | Jaster, Leroy V. | Rosas Pedraza, Ruben |
| Beasley Jeremy S. | Jones, Roy H. | Sanchez Cabrera, Vicente |
| Benavides Mendez, Lauro | Juarez Gonzalez, Erick Aldair | Sanchez Gandara, Ariel |
| Benson, Nathaniel | Kelly, Jr., Kenneth W. | Sanchez Perales, Eusebio |
| Bobbett, Jonathan W. | Kincaid, James M. | Sappington, Austin P. |
| Bolanos, Castro | Kohl, Gregory A. | Savala Sanchez, Joaquin |
| Bolanos Garcia, Noe | Kratochwil, Robin J. | Schibbelhut, Corey T. |
| Bolanos Ruiz, Juan Angel | Kuehn, Scott A. | Sloan, Kevin L. |
| Boren, Bruce E. | Lanham, Lisa L. | Smith, Jennifer L. |
| Brewer, James D. | Lanham-Boyer, Chance E. | Standfield, Nicole M. |
| Brown, Christopher W. | Lara Maldonado, David | Steffan, Zachary D. |
| Buettner, Fredrick L. | Lavigne, Paul J. | Stevens, Kristi N. |
| Calmese, Khelby L. | Lavrrar, Robert J. | Tafoya, Anjoylen M. |
| Camacho Padilla, Juan | Lawson, Herman E. | Thebeau, Steven B. |
| Castillo Garcia, Jimmy | Ledbetter, Donna J. | Thompson, Hugo B. |
| Castillo Luna, Julio Cesar | Lee, Tommie | Thomure, Thomas L. |
| Castillo Martinez, Rosendo | Lopez Barron, Mateo | Tiroch, Peter A. |
| Castro Barrientos, Dario | Lopez Buenrostro, Rogelio | Todd, Katlin A. |
| Castro Barrientos, Jonatan | Lopez Guerrero, Julian | Torres Chavez, Adan |
| Castro Gutierrez, Luis | Lucas, Larry J. | Torres Salazar, Jose de Jesus |
| Castro Sanchez, Francisco | Lucy, William P. | Trinidad Gomez, Eliseo |
| Catete Chavez, Martin | Maher, Daniel V. | Ulman, Sebastian B. |

| | | |
|---|---|---|
| Ceballos Rodriguez, Gilberto | Maldonado Chavira, Santiago | Vasquez Alegria, Jose Jesus |
| Chavez Gerardo, Ociel | Maldonado Guerrero, Vicente | Vega Bolanos, Jesus |
| Chavez Martinez, Abraham | Maldonado Zuniga, Ricardo | Velasquez Pascual, Lidia |
| Chavez Ortega, Edgar | Malone, Seth A. | Villa Rios, Bernardino |
| Coleman, James E. | Martin, Tracy L. | Wade, Italo D. |
| Conner, Justin J. | Martinez Carbajal, Jose | Wade, Jr., Italo D. |
| Criteser, Calvin D. | MartinezHernandez, Santiago | Watkins, Deena M. |
| Crump, Jessica O. | Martinez Nunes, Nelson | White, Carl A. |
| Crump, Taylor M. | Maxwell, Tiffany M. | White, Tina A. |
| Cunningham, Charles | Maxwell, Wiley L. | Wideman II, Donald R. |
| De Leon Martinez, Alejandro | Maxwell, Sr., Norman L. | Williams, Joseph A. |
| Declue, John D. | Medrano Garcia, Santos | Williams, William J. |
| Diaz Luciano, Gerardo | Mendoza Pacheco, Juan | Willis, Joseph L. |
| Diaz Renteria, Mauricio | Mills, Tamra G. | Wilson, Tommy J. |
| Duck, Fred E. | Mitchell, Joshua C. | Zamarron Rodriguez, Rene |
| Engler, Daniel S. | Moore, Gregory T. | Zamora Moreno, Jose |
| Fabian Campos, Ulises | Moreland, Jessie Y. | Zapote Rodriguez, Santiago |
| Faulkner, Ronden W. | NavarroHernandez, Conrrado | Zuniga Arriaga, Guillermo |
| Flores Castillo, Juan | Ogle, Dustin J. | |
| Ford, Ethan D. | Olalde Aviles, Gerardo | |
| Forsythe, Patrick C. | Olalde Zuniga, Pablo | |
| Friend, Matthew V. | Oliver, Corey A. | |
| Gandara Cisneros, Jose | Ontiverros Morales, Luis | |
| Gandara Mota, Jesus Daniel | Parmley, Scott T. | |
| Gandara Mota, Jose Ismael | Penrose, Willis B. | |
| Garcia Balleza, Luis Eduardo | Piersee, Cherie J. | |
| Garcia Castro, Emeterio | Pineda Gonzalez, Gerardo | |
| Garcia Gonzalez, Julian | PinedaTurrubiartes, Clemente | |
| Garcia Ibarra, Evodio | Pinkcard, Jeffrey W. | |