**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION**

| | |
|---|---|
| **JULIE A. SU,**<br>**ACTING SECRETARY OF LABOR,**<br>**UNITED STATES DEPARTMENT**<br>**OF LABOR,**<br>                            *Plaintiff,*<br>     v.<br>**MISSOURI VEGETABLE FARM, LLC, and**<br>**BENJY PROFFER and ROBERT PROFFER,**<br>**individually,**<br>                            *Defendants.* | Civil Action No. 4:24-cv-21<br><br>MOTION FOR ENTRY OF<br>CONSENT JUDGMENT |

## MOTION FOR ENTRY OF CONSENT ORDER AND JUDGMENT

Plaintiff, Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Secretary"), hereby moves this Court for entry of the Proposed Consent Judgment against Defendants Missouri Vegetable Farm, LLC, and Benjy Proffer and Robert Proffer, individually ("Defendants").

In support of this Motion, Plaintiff states that Defendants have consented to the entry of this Judgment.

WHEREFORE, Defendants having consented to the entry of Judgment against them, Plaintiff respectfully requests that this Court enter the proposed *Consent Judgment* submitted concurrently with this Motion.

**Dated: January 8, 2024**

    **SEEMA NANDA**  
    Solicitor of Labor

    **CHRISTINE Z. HERI**  
    Regional Solicitor

    **EVERT H. VANWIJK**  
    Associate Regional Solicitor

      /s/ Boyce N. Richardson  
**BOYCE N. RICHARDSON**  
Trial Attorney (MO Bar. No. 62509)

OFFICE OF THE SOLICITOR  
U.S. DEPARTMENT OF LABOR  
2300 Main Street | Suite 10100  
Kansas City, MO 64108  
(816) 285-7270 (Direct)  
(816) 285-7287 (Fax)  
*Richardson.Boyce.N@dol.gov*

*Attorneys for the Plaintiff Julie A Su,*  
*Acting Secretary of Labor,*  
*United States Department of Labor*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent via email to the following Parties:

J. Larry Stine
Partner
WIMBERLY, LAWSON, ET AL, PC
3400 Peachtree Road, NE
Atlanta, GA 30326
(404) 365-0900
*jls@wimlaw.com*

Attorney for Defendants

/s/ Boyce N. Richardson